1  DOUGLAS R. SCHWARTZ (State Bar No. 98666)
   PETRA M. REINECKE (State Bar No. 154482)
2  SCHWARTZ & CERA LLP
   44 Montgomery Street, Suite 3850
3  San Francisco, California 94104
   Telephone: (415) 956-2600
4  Facsimile:  (415) 438-2655
5
   Appearing Specially For
6  EDWIN JOHN TORRES

RECEIVED

JUN - 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11
12 UNITED STATES OF AMERICA,        )  Case No.: CR05-00252- MJJ (WDB)
13                                  )
       Plaintiff,                   )  STIPULATION AND ~~PROPOSED~~
14                                  )  ORDER FOR CONTINUANCE OF
   vs.                              )  HEARING RE FURTHER
15                                  )  IDENTIFICATION OF COUNSEL
16 EDWIN JOHN TORRES,               )
                                    )
17     Defendant.                   )
                                    )
18 _____  )
19

20     Defendant EDWIN JOHN TORRES, by and through his attorney Douglas R.
21 Schwartz, appearing specially, requests, and Plaintiff United States of America, by and
22 through its attorney Stephen Corrigan stipulates, that the hearing re further identification of
23 counsel scheduled for June 1, 2005 be continued until June 7, 2005 due to the unavailability
24 of counsel on June 2 or June 3, 2005.
25
26
27
28

---

1

STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUANCE
OF HEARING RE FURTHER IDENTIFICATION OF COUNSEL

1  Defendant continues to waive his right to speedy trial pursuant to 18 U.S.C.
2  3161(h)(8)(A).

4  Dated: *June 2, 2005*                    UNITED STATES ATTORNEY

                                            _____
6                                           Stephen Corrigan, AUSA

7  Dated: *6/2/2005*

                                            SCHWARTZ & CERA LLP

                                            _____
9                                           Douglas R. Schwartz
10                                          Attorney for Defendant
                                            Edwin John Torres

13                          **ORDER**

15  It is so ordered.

17  Dated: June 2, 2005

                                            /S/ WAYNE D. BRAZIL
18                                          _____
19                                          THE HONORABLE WAYNE D. BRAZIL
                                            UNITED STATES DISTRICT COURT

---

2
STIPULATION AND PROPOSED ORDER FOR CONTINUANCE
OF HEARING RE FURTHER IDENTIFICATION OF COUNSEL