Aug 22 2005 1:52PM  SCHWARTZ & CERA LLP                                        p.2
Case 4:05-cr-00252-MJJ Document 17  Filed 08/29/05 Page 1 of 3
Case 4:05-cr-00252-MJJ Document 16  Filed 08/22/2005 Page 1 of 3

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0772)
3  Chief, Criminal Division

4  STEPHEN G. CORRIGAN (MASBN 100560)
   Assistant United States Attorney
5
      1301 Clay Street Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3701
7     FAX: (510) 637-3724

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,    )  No. CR 05-00252 CW
                                  )
14 |        Plaintiff,             )
                                  )
15 |   v.                          )  STIPULATION AND [PROPOSED]
                                  )  ORDER FOR EXCLUSION OF TIME
16 | EDWIN TORRES,                 )  UNDER THE SPEEDY TRIAL ACT, 18
                                  )  U.S.C. § 3161 ET SEQ.
17 |        Defendant.             )
                                  )
18 |_____)

19     Plaintiff United States of America, by and through its counsel of record, and defendant

20  Edwin Torres, by and through his counsel of record, hereby stipulate as follows:

21     1. On August 16, 2005, the government sent to the defense via Federal Express additional

22  discovery consisting of several hundred pages of documents.

23     2. At the scheduled Court appearance on August 19, 2005, the parties consulted with the

24  Court clerk and agreed to continue the case from August 19, 2005 to September 16, 2005, at 2:30

25  p.m. in Oakland.

26     3. The parties request sufficient opportunity for the defense to review discovery during the

27  period between August 19, 2005 and September 16, 2005. The parties agree that the time period

28  STIPULATION AND [PROPOSED] ORDER
    FOR EXCLUSION OF TIME UNDER THE
     SPEEDY TRIAL ACT
    CR 05-00252 MJJ

from August 19, 2005, through and including September 15, 2005, should be excluded from the Speedy Trial Act calculation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B). The parties agree that the ends of justice served by this exclusion outweigh the best interest of the public and the defendant in a speedy trial, and that a failure to exclude this time would result in a miscarriage of justice. The parties further agree that the failure to exclude this time would deny counsel for the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: August 22, 2005

KEVIN V. RYAN
United States Attorney

STEPHEN G. CORRIGAN
Assistant United States Attorney

DATED: August 22, 2004

DOUGLAS R. SCHWARTZ
Counsel for Defendant
Edwin Torres

Based on the reasons provided in the Stipulation of the parties above, the Court hereby FINDS:

The time period from August 19, 2005 through and including September 15, 2005, should be excluded from the Speedy Trial Act calculation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B). Based on the following facts, the parties stipulated and the Court agrees that the ends of justice served by this exclusion outweigh the best interest of the public and the defendant in a speedy trial, that a failure to exclude this time would result in a miscarriage of justice, and that the failure to exclude this time would deny counsel for the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

STIPULATION AND [PROPOSED] ORDER
FOR EXCLUSION OF TIME UNDER THE
SPEEDY TRIAL ACT
CR 05-00252 MJJ

ug 22 2005 1:52PM    SCHWARTZ & CERA LLP
Case 4:05-cr-00252-MJJ Document 17 Filed 08/22/2005 Page 3 of 3
Case 3:05-cr-00252-MJJ Document 16 Filed 08/29/2005 Page 3 of 3

1   Based on the findings, IT IS HEREBY ORDERED THAT the time between August 19, 2005
2   and September 16, 2005, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§
3   3161(h)(8)(A) and (B).
4   IT IS SO ORDERED.
5
6   DATED: August 16, 2005.

                                            MARTIN J. JENKINS
                                            United States District Judge

STIPULATION AND [PROPOSED] ORDER
FOR EXCLUSION OF TIME UNDER THE
SPEEDY TRIAL ACT
CR 05-00252 MJJ