Case 4:05-cr-00252-MJJ   Document 26   Filed 12/12/05   Page 1 of 2
DEC-12-2005  08:46                                                                                    P.02
Case 4:05-cr-00252-MJJ   Document 25   Filed 12/12/2005   Page 1 of 2

E-filing

DOUGLAS R. SCHWARTZ (State Bar No. 98666)
SCHWARTZ & CERA LLP
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 956-2600
Facsimile: (415) 438-2655

Attorneys For
EDWIN JOHN TORRES

**FILED**

DEC 1 2 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR05-00252- MJJ (WDB) |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUANCE OF STATUS CONFERENCE HEARING |
| vs. | |
| EDWIN JOHN TORRES, | |
| Defendant. | |

Defendant EDWIN JOHN TORRES, by and through his attorney Douglas R. Schwartz, requests, and Plaintiff United States of America, by and through its attorney Stephen Corrigan stipulates, that the status hearing scheduled for December 8, 2005 be continued until December 16, 2005 due to the unavailability of counsel on December 8, 2005. This request is in the interests of justice to allow for continuity of defense counsel.

///
///
///

---
1
STIPULATION AND PROPOSED ORDER FOR CONTINUANCE
OF STATUS CONFERENCE HEARING

Case 4:05-cr-00252-MJJ   Document 26   Filed 12/12/05   Page 2 of 2
DEC-12-2005  08:46                                                              P.03
Case 4:05-cr-00252-MJJ   Document 25   Filed 12/12/2005   Page 2 of 2

1. Defendant continues to waive his right to speedy trial pursuant to 18 U.S.C.
2. 3161(h)(8)(A).

Dated: 11/29/05

UNITED STATES ATTORNEY

*[signature]*
Stephen Corrigan, AUSA

Dated: 11/29/05

SCHWARTZ & CERA LLP

*[signature]*
Douglas R. Schwartz
Attorney for Defendant
Edwin John Torres

**ORDER**

It is so ordered.

Dated: 12/12/2005

*[signature]*
THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT