**FILED**

JUN 2 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 05-00252- MJJ (WDB) |
| Plaintiff, | [~~PROPOSED~~] ORDER TO FILE PSYCHOLOGICAL EVALUATION UNDER SEAL |
| vs. | |
| EDWIN JOHN TORRES, | Date:  June 22, 2006 |
| Defendant. | Time:  2:30 P.M. |
| | Courtroom:  4 |

Due to its sensitive nature, the psychological evaluation in *United States v. Torres* shall be filed under seal.

**IT IS SO ORDERED.**

Dated: June 20, 2006

_____
HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE