KEVIN RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MASBN 100560)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3701
   Fax: (510) 637-3724

Attorneys for Applicant

**FILED**

NOV 17 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>EDWIN TORRES,<br><br>        Defendant. | No. CR 05-00252 MJJ (WDB)<br><br>MOTION TO WITHDRAW UNITED STATES' MOTION FOR FORFEITURE OF BOND AGAINST SURETY BARRY WAYNE CHRISTENSEN AND [PROPOSED] ORDER |

On November 6, 2006, the United States filed a Motion for the forfeiture of the $500,000 unsecured bond posted for defendant Edwin Torres captioned case, seeking the entry of judgment against defendant Torres and surety Barry Wayne Christensen. Following service of the motion, based upon facts the government learned concerning the financial status of surety Christensen, the government moves to withdraw its motion for entry of judgment against Mr. Christensen.

//

//

MOTION TO DISMISS UNITED STATES'
MOTION FOR FORFEITURE OF BOND AS TO SURETY CHRISTENSEN
CR 05-00252 MJJ (WDB)

1  The government would further move to have the $500,000 unsecured bond posted by
2  surety Christensen exonerated.

5  Dated: November 17, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney


           /s/
STEPHEN G. CORRIGAN
Assistant United States Attorney


## ORDER

Good cause appearing, and on the motion of the United States, the $500,000 unsecured bond is exonerated as to surety Barry Wayne Christensen.

Dated: November 17, 2006

WAYNE D. BRAZIL
United States Magistrate Judge

MOTION TO DISMISS UNITED STATES'
MOTION FOR FORFEITURE OF BOND AS TO SURETY CHRISTENSEN
CR 05-00252 MJJ (WDB)

2